**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 28, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-30373
Summary Calendar

JESSIE T. CARTER,

                                        Plaintiff-Appellant,

versus

EAST BATON ROUGE PARISH PRISON;
UNKNOWN MOORE, Deputy;
UNKNOWN ELGINFRISK, Deputy,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 02-CV-1021-D
--------------------

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:*

     Jessie T. Carter, Louisiana state prisoner # 333544, appeals

the district court's dismissal without prejudice of his 42 U.S.C.

§ 1983 complaint for failure to exhaust his prison administrative

remedies.  Carter argues that he attempted to exhaust his prison

remedies in the East Baton Rough Parish Prison system, but

received no response.

--------

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The exhaustion requirement applies to all inmate suits regardless of the forms of relief sought or the remedies offered by the administrative procedures.  See Booth v. Churner, 532 U.S. 731, 739 (2001).  Carter was therefore required to exhaust his administrative remedies.  Clifford v. Gibbs, 298 F.3d 328, 332 (5th Cir. 2002).

Although defenses may be available to the exhaustion requirement, Carter has failed to assert any valid basis for the assertion of a defense.  See Days v. Johnson, 322 F.3d 863, 866 (5th Cir. 2003).  The judgment of the district court is AFFIRMED.  Carter's motion for the appointment of counsel is DENIED.  See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982).